UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONNIE L. HICKS,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>JOHN BIDDULPH, et al.,<br><br>　　　　　　　　Defendants. | NO: 11-CV-0166-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Order of Dismissal (ECF No. 86). Pursuant to the parties' stipulation, and the Settlement Agreement of the parties filed with the Court (ECF No. 86-1), this matter is dismissed with prejudice and without costs or fees to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement in this action. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994) (holding a federal district court has jurisdiction to enforce a settlement agreement in a dismissed case when the dismissal order

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

incorporates the settlement terms, or the court has retained jurisdiction over the settlement contract).

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Pursuant to the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

All pending deadlines, hearings and trial are **VACATED** as moot.

The District Court Executive is hereby directed to enter this Order, provide copies to counsel and **CLOSE** this case.

**DATED** October 28, 2015.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2